No. 3933.—Pueblo, apldo., v. Serrano et al., acusados y

aplte. el primero.—C. D. Humacao. ▉▉▉▉▉▉
▉▉▉ Dic. 10, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Vista la petición del fiscal para que desestimemos esta apelación por falta de alegato y la transcripción de la apelación sin que el apelante haya justificado dicha falta, debemos desestimar y desestimamos la apelación interpuesta por Marín Serrano.